IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABIGAIL BUSTOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. _____ |
| | § | |
| HOME DEPOT U.S.A., INC., | § | |
| | § | |
| Defendant. | § | **JURY DEMANDED** |

**INDEX OF DOCUMENTS FILED WITH NOTICE OF REMOVAL**

**EXHIBIT A**   Index of Documents Filed with Notice of Removal

**EXHIBIT B**   State Court Documents

| TAB NO. | STATE COURT DOCUMENT | DATE |
|---|---|---|
| 1 | Court's Docket Sheet | N/A |
| 2 | Plaintiff's Original Petition and Request for Disclosure | 5/7/13 |
| 3 | Civil Case Information Sheet | 5/7/13 |
| 4 | Citation for Defendant Home Depot U.S.A., Inc. | 7/18/13 |
| 5 | Return of Service of Citation | 8/1/13 |
| 6 | Original Answer and Special Exceptions of Defendant Home Depot U.S.A., Inc. to Plaintiff's Original Petition | 8/9/13 |
| 7 | Plaintiff's First Amended Petition | 9/4/13 |
| 8 | Docket Control Order | 9/4/13 |

**EXHIBIT C**   Information to be Filed with Notice of Removal

# EXHIBIT A

**INDEX OF STATE COURT DOCUMENTS FILED WITH NOTICE OF REMOVAL**