IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Abigail Bustos** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | **CIVIL ACTION NO. 4:13-cv-02757** |
| v. | § | |
| | § | |
| **Home Depot U.S.A, Inc.,** | § | |
| | § | |
| **Defendant** | § | **JURY TRIAL DEMANDED** |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' request as stated in **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(II)**, the Court hereby dismisses the claims of Plaintiff, ABIGAIL BUSTOS, against Defendant, HOME DEPOT U.S.A., INC., with prejudice, with costs taxed against the party incurring the same.

Signed at Houston, Texas on November 13, 2014.

_____
UNITED STATES DISTRICT JUDGE

1

**APPROVED & ENTRY REQUESTED:**

DANIEL STARK, P.C.

_____
Jonathan Stark; Attorney in Charge
Federal Bar Number: 635211
Texas Bar Number:
PO Box 1153
Bryan, Texas 77806
Telephone: 979-846-8686
Facsimile: 979-764-8002
Email: jstark@danielstarklaw.com

**ATTORNEY FOR PLAINTIFF,
ABIGAIL BUSTOS**


LAW OFFICES OF ARTHUR K. SMITH, P.C.

_____
Arthur Smith; Attorney in Charge
Federal Bar Number: 2705
Texas Bar Number: 18534100
507 Prestige Circle
Allen, Texas 75002
Telephone: 469-519-2500
Facsimile: 469-519-2555

**ATTORNEY FOR DEFENDANT,
HOME DEPOT U.S.A., INC.**

2